IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER FOR
AMERIBANK, INC.

    Plaintiff,

v.                            CIVIL ACTION NO. 1:12-7050

JACK A. BALDINI, et al.,

    Defendants.

**JUDGMENT ORDER**

    For reasons to be expressed in a Memorandum Opinion and Order to be filed forthwith, defendants' motions to dismiss are DENIED.  (Doc. Nos. 21, 24, and 26).

    The Clerk is directed to send a certified copy of this Judgment Order to counsel of record.

    **IT IS SO ORDERED** this 30th day of September, 2013.

                                        ENTER:

                                        David A. Faber
                                        Senior United States District Judge